## Commonwealth *v.* Crowder, Appellant.

Submitted December 9, 1968. *Rodney D. Henry*, Public Defender, for appellant; *Ralf Gilbert* and *Stephen B. Harris*, Assistant District Attorneys, and *Ward F. Clark*, District Attorney, for Commonwealth, appellee.

Order affirmed.